**Dismissed and Memorandum Opinion filed March 31, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00136-CV

## IN THE MATTER OF THE MARRIAGE OF RICHARD NORTHCUTT AND MARY VADEN

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-55067**

## M E M O R A N D U M   O P I N I O N

On February 10, 2015, appellant Richard Northcutt filed a notice of appeal from a judgment signed December 15, 2014. The clerk's record has not been filed. On February 25, 2015, the Harris County District Clerk's office notified this court that appellant has not paid for preparation of the record.

On February 26, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant

has not provided this court with proof of payment for the record or filed any other response to the court's notice.

In addition, our records show that appellant has not paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On March 4, 2015, this court notified appellant that the filing fee was past due and the appeal was subject to dismissal unless appellant paid the fee by March 16, 2015. No response was filed.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.